```
                  UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF OHIO
                        WESTERN DIVISION


TAMMY SUTTLES,                   :
                                 :   NO. 1:12-CV-00658
        Plaintiff,               :
                                 :
                                 :
   v.                            :   OPINION & ORDER
                                 :
                                 :
COMMISSIONER OF SOCIAL           :
SECURITY,                        :
                                 :
        Defendant.
```

This matter is before the Court on the Magistrate Judge's Report and Recommendation, in which she recommends that the decision of the Commissioner to deny Plaintiff's application for Supplemental Security Income benefits be reversed because it is not supported by substantial evidence in the record and that the case be remanded pre-judgment under sentence six for, among other things, consideration of new and material evidence (doc. 13). No objections to her Report and Recommendation were filed.

Having reviewed this matter pursuant to 28 U.S.C. § 636, the Court ADOPTS and AFFIRMS the Magistrate Judge's Report and Recommendation (doc. 13) in all respects. The Court thus REMANDS this case pre-judgment under sentence six of 42 U.S.C. § 405(g) for a hearing consistent with the mandates set forth in the Magistrate Judge's Report and Recommendation. Accordingly,

1

the Court shall retain jurisdiction of this matter until after the entry of final judgment after remand.

SO ORDERED.

Dated:   July 9, 2013          s/S. Arthur Spiegel_____
                               S. Arthur Spiegel
                               United States Senior District Judge